**Rose C. POWELL, Plaintiff–Appellant,**

v.

**Tony A. KELLER; Jorge Sosa; Jason Coy Reid; Timothy James Brewer; Larry Waters; William A. Brafford; Gretchen C.F. Shappert; Richard L. Voorhees; Carl Horn, Magistrate Judge; Gregory A. Forest; Jayme Miller; U.S. Marshal Service; Catawba County; Catawba County Commissioners; Sheriff of Catawba County; Catawba County Sheriff's Department; Coldwell Banker; Boyd Hassell Industrial Commercial Properties;**

Elvalorie Matthews; Richard McDonnell; Mark T. Calloway; Newton Police Department; Conover Police Department, Defendants–Appellees.

No. 11–1926.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 21, 2012.

Rose C. Powell, Appellant Pro Se.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rose C. Powell appeals the district court's order dismissing her 42 U.S.C. § 1983 (2006) complaint for failure to state a claim. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Powell's informal brief does not challenge the basis for the district court's disposition, she has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment and deny Powell's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*